UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR SANFORD WEISS, | ) | Case No.: 4:23 CV 2074 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN I. HEALY | ) | |
| | ) | |
| Respondent | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Respondent Warden I. Healy's Motion to Dismiss ("Motion") (ECF No. 11). Under Local Rule 72.2(b)(2), the court referred the matter to Magistrate Judge Thomas M. Parker to prepare a Report & Recommendation ("R&R"). Judge Parker submitted an R&R on March 15, 2024, recommending that the court grant Respondent's Motion, deny the petition for a writ of habeas corpus, and dismiss the action for lack of jurisdiction. (ECF No. 21.) Specifically, Judge Parker determined that this case is moot and, in any event, the territorial-jurisdiction rule deprives the court from granting Petitioner's requested relief. (*Id.* at 5–9.)

Neither party has objected to Judge Parker's R&R. Because no objection has been filed, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72, Advisory Committee Notes. Having carefully reviewed the record in this case, the court finds no clear error in Judge Parker's R&R. Accordingly, the court adopts as its own Judge Parker's R&R. The court hereby grants

Respondent's Motion to Dismiss (ECF No. 11), denies the petition for a writ of habeas corpus (ECF No. 1), and dismisses the action for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 29, 2024